IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DAYRIN LEMOND ROBINSON,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v.  § | Civil Action No. **3:16-CV-705-L** |
| § | |
| **DALLAS COUNTY CLERK OFFICE,** *et al.,* § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff's Application to Proceed In Forma Pauperis (Doc. 2), filed March 2, 2016. Plaintiff Dayrin Lemond Robinson ("Plaintiff") filed this action on March 2, 2016, and the case was referred to Magistrate Judge Irma Carillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 14, 2016, recommending that the court deny Plaintiff's Application to Proceed In Forma Pauperis and dismiss without prejudice this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with court orders unless Plaintiff pays the requisite case filing fee or submits the required certificate of inmate trust account within the time for objecting to the Report or otherwise shows that he intends to proceed with this case. Twenty-eight days have passed since the issuance of the Report, no objections to the Report were received as of the date of this order, and Plaintiff has not paid the case filing fee or shown that he intends to proceed with this case.

Having reviewed the motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Application to Proceed In Forma

Pauperis (Doc. 2) and **dismisses without prejudice** this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with court orders.

      **It is so ordered** this 12th day of July, 2016.

                                              Sam A. Lindsay
                                              United States District Judge